UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of the State of Vermont,<br><br>*Defendant*. | CASE NO:<br><br>DECLARATION OF MAUREEN S. RIORDAN IN SUPPORT OF THE REQUEST FOR ORDER TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |

## **DECLARATION**

I, Maureen S. Riordan, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am currently a Senior Counsel to the Assistant Attorney General of the Civil Rights Division and oversee the Voting Section within the Civil Rights Division of the United States Department of Justice. I am fully and personally familiar with the facts stated herein. I make this declaration in support of the United States's motion for an Order to Compel production of election registration records, pursuant to the Civil Rights Act codified at 52 U.S.C. § 20701, *et seq*.

2. The National Voter Registration Act, 52 U.S.C. § 20501, *et seq*., and the Help America Vote Act ("HAVA"), 52 U.S.C. § 20901, *et seq*., require each state to perform voter-list maintenance to ensure that only eligible voters remain on the statewide voter registration list. Under Section 11 of the NVRA and Section 401 of HAVA, the Attorney General is charged with the responsibility for enforcement of the list maintenance requirements of both statutes. *See* 52 U.S.C. § 20510(a) and 52 U.S.C. § 21111. This enforcement responsibility has been delegated to the Civil Rights Division by Congress.

3. One of the Justice Department's responsibilities is monitoring states' compliance with the requirements of the NVRA and HAVA, including the filing of enforcement actions for noncompliance.

4. On September 8, 2025, the Attorney General sent by letter a demand, pursuant to the Civil Rights Act, demanding an electronic copy of the Statewide Voter Registration List ("SVRL") specifying that it include each registrant's date of birth, Driver's License number or last four digits of the social security number as required by HAVA for federal registration.

5. The letter further explained that HAVA specifies that "the last four digits of a social security number…shall not be considered a social security number for purposes of Section 7 of the Privacy Act of 1974 (5 U.S.C. § 522a note)." 52 U.S.C. § 21083. The demand also instructed that any prohibition of disclosure of a motor vehicle record contained in the Driver's License Protection Act, codified at 18 U.S.C. §2721(b)(1), is exempted, when the disclosure is for use by a government agency in carrying out the agency's enforcement authority, which the Department of Justice is now endeavoring to do.

6. The letter also explained to Secretary Hanzas that the Attorney General would keep all data received secure and treat it consistently with the Privacy Act. The Justice Department's requests came with instructional information the statewide VRLs should be transmitted securely to the Justice Department by way of encryption.

7. The letter further provided that the purpose of the demand for these records was to ascertain Vermont's compliance with the list maintenance requirements of federal laws, specifically the NVRA and HAVA.

8. On September 22, 2025, the Secretary responded citing state and federal privacy concerns and refused to provide the Attorney General with a copy of Vermont's statewide voter registration list including the HAVA mandated identifiers.

9. True and correct copies of the Attorney General's letter dated September 8, 2025, and the response letter from the Secretary dated September 22, 2025, are attached as Exhibits 1 and 2 to the Motion in Support of the Order to Compel Production.

10.    A true and correct copy of the Order denying temporary injunction in *Crook v. S.C. Election Comm'n*, No. 2025-CP-40-06539 (Richland Cty. Comm. Pleas Oct. 1, 2025,) as cited in the Memorandum of Support, is attached as Exhibit 1.

I declare under the penalty of perjury that the above statements are true and correct.

Executed: December 1, 2025, at Washington, DC.

*Maureen Riordan*
_____
Maureen S. Riordan