# Exhibit 4

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>*v.*<br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of the State of Vermont,<br><br>*Defendants.* | CASE NO:<br><br>[PROPOSED] ORDER COMPELLING PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq.* |

## ORDER TO COMPEL PRODUCTION

Upon the Motion to Compel by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1. That the above-named Defendant shall produce, pursuant to 52 U.S.C § 20701, *et seq.*, within __ days of the date of this Order, the Vermont Statewide Voter Registration List containing the name, date of birth, Driver's license number/state ID or the last 4 digits of the social security number or other HAVA required unique identifier of each resident as required by HAVA

2. That a copy of this Order be served upon Defendant Sarah Copeland Hanzas, Vermont Secretary of State, by email and U.S. mail to 128 State Street, Montpelier, VT 05633.

Entered this __ day of _____ 2025.

BY THE COURT:

_____