| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:25-cv-00903 |
|---|---|
| DEFENDANT<br>Sarah Copeland Hanzas, in her official capacity as Secretary of State of Vermont | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Sarah Copeland Hanzas, Office of the Secretary of State

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
128 State Street, Montpelier, VT 05633

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| David D. Vandenberg<br>150 M Street NE, RM 8.923<br>Washington, D.C. 20002 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

*David D. Vandenberg*

TELEPHONE NUMBER: (202) 307-2767
DATE: 12/3/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No.: | District to Serve No.: 082 | Signature of Authorized USMS Deputy or Clerk | Date: 12/3/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Carly Trider | Date: 12/11/25 | Time: 0930 | [X] am  [ ] pm |
|---|---|---|---|
| Address (complete only different than shown above)<br>109 State Street<br>Montpelier, VT 05633 | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Served and accepted by the Vermont Attorney General's Office.

Form USM-285
Rev. 03/21