### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> *v.* <br><br> SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont, <br><br> *Defendant*. | Case No. 2-25-cv-00903 |

### PROPOSED INTERVENOR-DEFENDANTS VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, AND MARY ANDREWS' MOTION TO INTERVENE

The Vermont Alliance for Retired Americans, Richard Monterosso, and Mary Andrews (together, "Proposed Intervenors") hereby move, through undersigned counsel, to intervene as defendants in this matter to defend their and their members' significant interests, which are otherwise inadequately represented.

For the reasons discussed in the supporting memorandum filed alongside this Motion, Proposed Intervenors are entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenors request permissive intervention pursuant to Rule 24(b). Moreover, pursuant to Rule 24(c), Proposed Intervenors file a Proposed Answer attached to this Motion as a proposed pleading.[1]

---

[1] Proposed Intervenors attach a proposed answer to this Motion in compliance with Rule 24(c) but intend to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

Consistent with Local Rule 7(a)(7), Proposed Intervenors have conferred with the existing parties over email. Counsel for Plaintiff informed counsel for Proposed Intervenors that Plaintiff takes no position on this motion. Counsel for Proposed Intervenors were unable to contact counsel for Defendant because no counsel for Defendant has entered an appearance in this matter.

**WHEREFORE**, Proposed Intervenors respectfully request that the Court grant them intervention in the above-captioned matter.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Joshua C. Abbuhl*
Marc E. Elias*
David R. Fox*
Joshua Abbuhl
Julianna D. Astarita*
Kevin Kowalewski*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
melias@elias.law
dfox@elias.law
jabbuhl@elias.law
jastarita@elias.law
kkowalewski@elias.law

* *Pro Hac Vice* Applications Forthcoming

*Counsel for Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of December, 2025, with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

*/s/ Joshua C. Abbuhl*
Joshua C. Abbuhl