# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>*Defendant.* | Case No. 2-25-cv-00903 |

## DECLARATION OF TERENCE MACAIG IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE

I, Terence Macaig, declare as follows:

1. I am a U.S. citizen, over the age of 18, and am competent to testify. I have personal knowledge of the facts and information set forth in this declaration.

2. I am the President of the Vermont Alliance for Retired Americans (the "Alliance"). I have held multiple leadership roles within the Vermont Alliance over the past fifteen years.

3. I am a registered voter in Chittenden County, where I have been registered to vote since approximately 1960. I also served as an elected member of the Vermont House of Representatives from 2009 to 2019.

4. The Alliance is a nonpartisan organization incorporated in Vermont and is a 501(c)(4) nonprofit, social welfare organization under the Internal Revenue Code. It is a chartered state affiliate of the Alliance for Retired Americans.

5. The Alliance has 7,799 members who live throughout the state of Vermont. Most of those members are more than 60 years old. Its members include retirees, primarily from public

1

and private sector unions. I too am a proud member of the Vermont State Employees' Association, a union of which I have been affiliated for 38 years, and I have previously served as its president and in other leadership roles.

6. The Alliance's members are politically active and have very high rates of voter registration.

7. The mission of the Alliance is to ensure social and economic justice and full civil rights for retirees after a lifetime of work. We achieve this mission by dedicating significant resources to grassroots advocacy, and educating and organizing our members through educational materials, presentations, and other outreach.

8. The political participation of our members is central to the Alliance's mission. To advance this mission, we take part in various types of activities: for example, we encourage our members to register to vote, we help them do so, and we assist them in navigating the voting process. We conduct "get-out-the-vote" activities before elections to increase the turnout of our members. And we work to educate our members on issues important to retirees and older Americans. These activities are central to the Alliance's core mission—by informing and turning out our members to vote, the Alliance reinforces the political voice of its members.

9. If the Department of Justice were successful in obtaining Vermont's complete, statewide voter registration list—and all the sensitive, personal information that it contains—that result would make the Alliance's civic engagement work more difficult. In my experience, retirees are frequently hesitant to turn over personally identifying information. If it were known that the Department of Justice would have access to all the sensitive, personally identifying information that the State of Vermont maintains in its voter registration file, this could have a substantial effect on retirees' willingness to register to vote, as they may not wish that information to be transmitted

to the Department of Justice. This concern is particularly acute in Vermont, which has enacted a law that restricts the State from providing voter registration information to federal agencies.

10. In addition, I believe that some members of the Vermont Alliance are naturalized citizens. I believe those voters will be particularly concerned by the Department of Justice receiving their sensitive personal information in light of recent, heightened immigration enforcement in Vermont. I am aware that there have been recent instances in Vermont where naturalized citizens have been detained by Immigration and Customs Enforcement (ICE) agents. Given this, naturalized citizens who are members (or who may become members) of the Alliance may be particularly discouraged from registering to vote.

11. Particularly because the Alliance is comprised of older Americans, who are disproportionately targeted by scams relating to social security fraud and identity theft, the privacy and security of its members' personal information is important to the Alliance as an organization. As an example, in the past when we were aware of ongoing or expected threats of scams targeting older citizens, we informed our members and reminded them to be careful with their private information.

12. If the Department of Justice obtains Vermont's complete and unredacted voter registration list, that itself would constitute a substantial privacy harm to the Alliance's members. It also increases the risk that sensitive, personally identifying information would find its way into the hands of others, including those who could use it to perpetuate identity-theft or other financial scams.

13. Such a disclosure also would deter individuals (including the Alliance's members and potential future members) from engaging in the electoral process, such as by discouraging people from registering to vote, out of fear that their data will be mishandled. That result would

harm the Alliance's mission and its civic engagement work. If the Alliance's members become less likely to register to vote and to vote due to fear that their information will be misused, the Alliance will be less able to succeed in its civic engagement efforts. This will make it harder for the Alliance to turn out our members and accomplish a core part of our mission.

14. The actions that the Department of Justice has taken do not give me or our members confidence that it will respect privacy laws or safeguard the confidentiality of our personal data. And once this information is released, the harm is done—that information cannot be returned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/11/2025

Terence Macaig