# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>  v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>        *Defendant*. | Case No. 2-25-cv-00903 |

# DECLARATION OF RICHARD MONTEROSSO IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE

I, Richard Monterosso, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in the declaration.

2. I am a retired social worker and a registered voter in the town of South Hero in Grand Isle County, Vermont. I moved to Vermont around eight years ago and have voted in Vermont ever since.

3. After moving to Vermont, I became civically engaged in my local community. I volunteer several times a month with elderly services, at our local food shelf, and at our local library.

4. I am active in organizations that encourage democratic engagement and freedom of expression, including our local Indivisible organization, which organizes protests and other events that facilitate civic participation. I am also involved with Take Action, an independent, countywide, grassroots organization that supports civic awareness and participation, public expression by

1

individuals expressing their views on community issues, and political engagement through voting in elections. I am also a member of the Grand Isle County Democratic Committee.

5.      In addition, since 2023, I have held nonpartisan elected office as a member of the South Hero School Board. I serve as the chair of the board, selected by the other members, and will seek reelection as a member next year.

6.      I understand that the Department of Justice's lawsuit seeks to compel Secretary Copeland Hanzas to hand over the complete, unredacted voter file of all voters in the state, including voters' driver's license numbers, partial social security numbers, and dates of birth. I trust Vermont and my other state officials' longstanding commitment to the security and privacy of this information, but I do not have the same trust in the federal government. I chose to share my information with Vermont, not the federal government.

7.      If the Department of Justice is successful in obtaining this information, it will harm me personally as a Vermont voter who does not want his information to be disclosed to the federal government, especially because Vermont law protects this information. Vermont law's commitment to the security and privacy of this information gives me confidence as a voter that my personal information is secure. If, however, my personal data is given to the federal government, I am concerned that the federal government will not take precautions to keep that data secure, and that I will be the subject of identity fraud. I constantly receive notices from financial instructions and businesses that inform me of data breaches. I have read public reporting about DOGE compromising the privacy of Social Security numbers for millions of Americans. I see the Department of Justice's lawsuit as an attempted data breach of Vermont's secure voting system that could send highly sensitive information into the hands of fraudulent actors outside the government.

8. I am further concerned that the Justice Department will not adhere to proper privacy safeguards and laws if Vermont discloses its voter registration list, and that the information will spread across intended data boundaries within the federal government. I have read public reporting about federal agencies improperly sharing information with immigration officials, including at ICE. I have no confidence in the Justice Department's purported justifications for seeking the data, and I am concerned that the real reason the government wants this data is for use in revenge against people they perceive to be their political opponents.

9. The current administration has repeatedly retaliated against those who it perceives as political opponents, and I am worried that I too may face retaliation from the federal government because of my political and civic engagement. I am also similarly worried that the federal government may go after people I know from organizations like Indivisible. I fear that the federal government will use highly sensitive voter data to support efforts to target citizens for their free expression.

10. As an elected leader in the educational community, I am worried that the disclosure of voter information will have a chilling effect on voter participation and free speech. Right now, Vermont encourages free expression backed by voting systems that are maintained in secure ways. If Vermont fractures that security by releasing voter data to the Justice Department, I fear that Vermont residents may withdraw their voter registrations to avoid disclosure of their personal information to the federal government and other entities. Likewise, I believe that people will be more hesitant to register to vote. While I strongly encourage my neighbors to register to vote, if the Justice Department's lawsuit is successful, I could no longer assure them that their information will only be used for voter registration. I fear that the chilling effect may be particularly strong for young voters who may be registering for the first time, with lasting effects on the future of

democratic engagement in Vermont.

11. I have already seen how my community responds to data disclosure. I am extremely concerned after Governor Phil Scott released SNAP benefit data to the federal government, and I have spoken with other people who share that concern, and they have expressed that they did not want to see any more similar data releases. There is great unease with information being disseminated beyond the narrow purposes for which it was originally collected, whether for SNAP or for voter registration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/11/2025

*Richard Monterosso* (signature)

Richard Monterosso