# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>*Defendant*. | Case No. 2-25-cv-00903 |

## DECLARATION OF MARY ANDREWS IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE

I, Mary Andrews, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in the declaration.

2. I am a retired nurse and a registered voter in the town of South Hero in Grand Isle County, Vermont. I moved to Vermont around eight years ago and have voted in Vermont ever since.

3. Since moving to Vermont, I have become civically engaged in my local community. I volunteer several days a week at our local food shelf and our local library. I am also active in our local Indivisible organization, which organizes protests and other events.

4. I understand that the Department of Justice's lawsuit seeks to compel Secretary Copeland Hanzas to hand over the complete, unredacted voter file of all voters in the state, including voters' driver's license numbers, partial social security numbers, and dates of birth. I trust Vermont and my other state officials' longstanding commitment to the security and privacy

1

of this information, but I do not have the same trust in the federal government.

5. If the Department of Justice is successful in obtaining this information, it will harm me personally as a Vermont voter who does not want her information to be disclosed to the federal government, especially because Vermont law is supposed to protect this information. Vermont law's commitment to the security and privacy of this information gives me confidence as a voter that my personal information is secure. If, however, my personal data is given to the federal government, I am concerned that the federal government will not take precautions to keep that data secure, and that I will be the subject of identity fraud. I am also concerned that I may face retaliation from the government because of my political and civic engagement.

6. In my experience volunteering at my local food shelf, people we served were extremely concerned when Governor Phil Scott released SNAP benefit data to the federal government. They did not understand why the government wanted that information or what they were going to do with it. Likewise, before moving to Vermont, I was a member of the League of Women Voters in Connecticut and helped with voter registration. I would not be as comfortable doing that now. In my experience, people registering to vote often asked what their information would be used for, and under these circumstances, I could not assure people that their information would only be used for voter registration. People are rightfully protective of their personal information, and if people know that their information will be given to the federal government, they will be more hesitant to register to vote and engage with their communities.

7. I am concerned that the Justice Department will not adhere to proper privacy safeguards and laws if Vermont discloses its voter registration list. I have read public reporting about DOGE compromising the privacy of Social Security numbers for millions of Americans and other federal agencies improperly sharing information with immigration officials, including at ICE.

I am concerned that the real reason the government wants this data is for revenge against people they perceive to be their political opponents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/11/2025

*Mary Andrews*
Mary Andrews