# Exhibit G

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 11/24/2025 at 10:41 AM PST and filed on 11/19/2025

| | |
|---|---|
| **Case Name:** | United States of America v. Shirley Weber et al |
| **Case Number:** | 2:25-cv-09149-DOC-ADS |
| **Filer:** | |
| **Document Number:** | 70 |

**Docket Text:**
**MINUTES OF Motion Hearing re Motion to Stay [6] and Motions to Intervene [14][24] held before Judge David O. Carter: The case is called. The Court GRANTS Motions to Intervene [14][24]. Deadlines are set for Motions to Dismiss. Motion hearing set for December 4, 2025 at 7:30 AM at Los Angels First Street Federal Courthouse. APPEARANCES: For Plaintiff(s): Eric Neff, Julie Hamill; For Defendant(s): Malcolm Brudigam, Robert William Setrakian; Intervenors: Grayce Zelphin, Christopher Dodge. Courtroom Deputy Clerk: Karlen Dubon; Court Reporter: Court Smart; Time in Court: {0:18}. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kdu) TEXT ONLY ENTRY**

**2:25-cv-09149-DOC-ADS Notice has been electronically mailed to:**

Grayce S Patricia Zelphin    gzelphin@aclunc.org, aalas@aclunc.org

Omar G. Qureshi    omar@qureshi.law, 2060460420@filings.docketbird.com

Anne P Bellows    anne.bellows@doj.ca.gov

Maureen S. Riordan    maureen.riordan2@usdoj.gov

William Bellamy    william.bellamy@doj.ca.gov

Haley Jane Rosenspire    hrosenspire@kaufmanlegalgroup.com

Brittany E Bennett    brittany.bennett@usdoj.gov

Robert William Setrakian    docketinglaawt@doj.ca.gov, todd.grabarsky@doj.ca.gov, dyan.serzo@doj.ca.gov, william.setrakian@doj.ca.gov

Angelica Salceda    asalceda@aclunc.org, 3260646420@filings.docketbird.com

Jacob D. Shelly    jshelly@elias.law

Tyler L. Bishop    tbishop@elias.law

Kevin L. Quade    jacqueline.williamson@doj.ca.gov, christopher.irby@doj.ca.gov, kevin.quade@doj.ca.gov

Julia A. Gomez Hernandez    cminneci@aclusocal.org, jgomez@aclusocal.org

Malcolm Andreas Brudigam    malcolm.brudigam@doj.ca.gov

Stephen J Kaufman    skaufman@kaufmanlegalgroup.com, twaters@kaufmanlegalgroup.com

Julie Ann Hamill    julie.hamill@usdoj.gov, caseview.ecf@usdoj.gov, julie.morales@usdoj.gov, usacac.civil@usdoj.gov

Lalitha D. Madduri    mdepass@elias.law, mshostek@elias.law, lalitha-madduri-0956@ecf.pacerpro.com, lmadduri@elias.law

Michael Surren Cohen      linda.zamora@doj.ca.gov, michael.cohen@doj.ca.gov

Christopher D. Dodge      cdodge@elias.law

Walker McKusick      wmckusick@elias.law

Eric Vincent Neff      eric.neff@usdoj.gov

Lisa Catherine Ehrlich      docketingsfcls@doj.ca.gov, lisa.ehrlich@doj.ca.gov

**2:25-cv-09149-DOC-ADS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**