# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br> v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>    *Defendant*. | Case No. 2:25-cv-00903 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Vermont Alliance for Retired Americans, through undersigned counsel, hereby certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Further, pursuant to Local Rule 7.1, Proposed Intervenor Vermont Alliance for Retired Americans, through undersigned counsel, states that it has no subsidiary nor any affiliate that has issued shares of ownership to the public.

1

Dated: December 11, 2025

*Respectfully submitted,*

<u>/s/ Joshua C. Abbuhl.</u>
Marc E. Elias*
David R. Fox*
Joshua C. Abbuhl
Julianna D. Astarita*
Kevin Kowalewski*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
melias@elias.law
dfox@elias.law
jabbuhl@elias.law
jastarita@elias.law
kkowalewski@elias.law

* Application for *pro hac vice* admission forthcoming

*Counsel for Proposed Intervenors*