## INDEX OF EXHIBITS

| Exhibit | Title |
|---|---|
| A | Proposed Answer |
| B | Declaration of Terence Macaig |
| C | Declaration of Richard Monterosso |
| D | Declaration of Mary Andrews |
| E | Opinion, *United States v. Benson*, No. 25-cv-1148 (W.D. Mich. Dec. 9, 2025), Dkt. 45 |
| F | Opinion and Order, *United States v. Oregon*, No. 25-cv-1666 (D. Or. Dec. 5, 2025), Dkt. 52 |
| G | Minutes of Motion Hearing, *United States v. Weber*, No. 25-cv-9149 (C.D. Cal. Nov. 24, 2025) |