# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>      Defendant. | Case No. 2:25-CV-00903 |

## NOTICE OF APPEARANCE

NOW COMES Jonathan T. Rose, Solicitor General for the State of Vermont, and hereby enters his appearance on behalf of named defendant Sarah Copeland Hanzas, in her official capacity as Secretary of State of Vermont, in the above-entitled matter.

DATED December 17, 2025            Respectfully Submitted

                                        STATE OF VERMONT

                                        CHARITY R. CLARK
                                        ATTORNEY GENERAL

By:    */s/ Jonathan T. Rose*
         JONATHAN T. ROSE
         *Solicitor General*
         Office of the Attorney General
         109 State Street
         Montpelier, VT 05609-1001
         (802) 828-3171
         jonathan.rose@vermont.gov