UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>        Defendant. | Case No. 2:25-CV-00903 |

**DEFENDANT'S STIPULATED MOTION**
**TO EXTEND RESPONSE DEADLINES**

    Defendant Sarah Copeland Hanzas moves pursuant to F.R.C.P. 6(b) to extend her deadlines for responding to (1) Plaintiff's Complaint [ECF Doc. No. 1], and (2) Plaintiff's Motion to Compel [ECF Doc. No. 2]. Specifically, due to the complexity of Plaintiff's filings, the upcoming holiday, and undersigned counsel's January workloads, Defendants respectfully requests that the Court extend the deadline for responding to the Complaint (currently January 2, 2026) by 13 days, and the deadline for responding to the Motion to Compel (currently December 26, 2025) by 20 days, so that both would be due on **January 15, 2026**.

    Pursuant to Local Rule 7(a)(7), Defendant's counsel conferred with Plaintiff's counsel before filing this motion, and Plaintiff does not object to the requested extension.

    Therefore, Defendant respectfully requests that the Court extend until January 15, 2026, the deadlines for responding to the Complaint and the pending Motion to Compel .

DATED December 17, 2025          Respectfully Submitted

                                                  STATE OF VERMONT

                                                  CHARITY R. CLARK
                                                  ATTORNEY GENERAL

By:     */s/ Jonathan T. Rose*
           JONATHAN T. ROSE
           *Solicitor General*
           RYAN P. KANE
           *Deputy Solicitor General*
           SAMUEL B. STRATTON*
           Office of the Attorney General
           109 State Street
           Montpelier, VT 05609-1001
           (802) 828-3171
           jonathan.rose@vermont.gov
           ryan.kane@vermont.gov
           sam.stratton@vermont.gov

           * *Vermont Bar Attorney-Applicant Admission before this Court pending*