IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

SARAH COPELAND HANZAS, in her official capacity as the Secretary of State of Vermont,

*Defendant*.

Case No. 2:25-cv-00903-MKL

## VERMONT PUBLIC INTEREST RESARCH GROUP'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT

Proposed Intervenor-Defendant Vermont Public Interest Research Group (VPIRG) moves to intervene as a defendant in the above-captioned lawsuit to safeguard the substantial and distinct legal interests of itself and its members, which no party to the case is positioned to adequately represent. For the reasons discussed in the memorandum of support, filed herewith, Proposed Intervenor-Defendant is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenor-Defendant requests permissive intervention under Rule 24(b). Pursuant to Rule 24(c), Proposed Intervenor-Defendant files a Proposed Answer attached to this Motion as a proposed pleading.[1] Proposed Intervenor-Defendant respectfully requests that the Court set a schedule regarding this motion to intervene that allows for its participation in any future briefings or hearings. Otherwise, Proposed Intervenor-Defendant's interests are at risk of being severely and irreparably harmed, as described more fully in the memorandum in support of this motion.

---

[1] Proposed Intervenors attach a proposed answer to this Motion in compliance with Rule 24(c)'s pleading requirement but intend to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or this Court.

As required by Local Rule 7(a)(7), counsel for Proposed Intervenor-Defendant conferred with counsel for Plaintiff about its position on this motion. On December 29, 2025, counsel for Plaintiff stated that the United States takes no position. On December 29, 2025, an attorney at the Vermont Attorney General's office informed counsel for Proposed Intervenor-Defendant that Defendant likewise takes no position on the motion.

WHEREFORE, Proposed Intervenor-Defendant requests that the Court grant it leave to intervene in the above-captioned matter.

December 30, 2025

Respectfully submitted,

/s/ *Anthony Iarrapino*

Anthony Iarrapino
Wilschek Iarrapino Law Office, PLLC
35 Elm St., Suite 200
Montpelier, VT 05602
Tel: (802)522-2802
anthony@ilovt.net

Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Kate Hamilton*
Alexis Grady*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org

Maura Eileen O'Connor *
Brennan Center for Justice

at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Andrew Garber*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu


*Pro Hac Vice Applications Forthcoming*

Counsel for Proposed Intervenor-Defendant Vermont Public Interest Research Group

## CERTIFICATE OF SERVICE

I, Anthony Iarrapino, do hereby certify that on this 30th day of December, 2025, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

Date: December 30, 2025              Signature : /s/ *Anthony Iarrapino*