# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff*, | |
| v. | Case No. 2:25-cv-00903-MKL |
| SARAH COPELAND HANZAS, in her official capacity as the Secretary of State of Vermont, | |
| *Defendant*. | |

## INDEX OF EXHIBITS TO PROPOSED INTERVENOR-DEFENDANT VERMONT PUBLIC INTEREST RESARCH GROUP'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT

| Exhibit No. | Description |
|---|---|
| Exhibit A | Corporate Disclosure |
| Exhibit B | Proposed Answer |
| Exhibit C | Declaration of Paul Burns |
| Exhibit D | Declaration of Patricia Komline |