# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SARAH COPELAND HANZAS, in her official capacity as the Secretary of State of Vermont,<br><br>*Defendant*. | Case No. 2:25-cv-00903-MKL |

**PROPOSED INTERVENOR-DEFENDANT VERMONT PUBLIC INTEREST RESEARCH GROUP'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned counsel of record for Proposed Defendant-Intervenor Vermont Public Interest Research Group, Inc. (VPIRG) certifies as follows:

To the best of my knowledge and belief, VPIRG is a Vermont non-profit corporation in good standing. It has no parent companies, subsidiaries, or affiliates that have issued shares to the public. No person or corporate entity owns 10% or more of VPIRG.

December 30, 2025                                       Respectfully submitted,

                                                        */s/ Anthony Iarrapino*

Anthony Iarrapino
Wilschek Iarrapino Law Office, PLLC
35 Elm St., Suite 200
Montpelier, VT 05602
Tel: (802)522-2802
anthony@ilovt.net

Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Kate Hamilton*
Alexis Grady*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
khamilton@campaignlegalcenter.org
agrady@campaignlegalcenter.org


Maura Eileen O'Connor *
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Andrew Garber*
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu


*Pro Hac Vice Applications Forthcoming*

Counsel for Proposed Intervenor-Defendant Vermont Public Interest Research Group

2:25-cv-00903-mkl  Document 19-3  Filed 12/30/25  Page 4 of 4