# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>*Defendant*. | Case No. 2:25-cv-00903-MKL |

**DECLARATION OF PAUL BURNS IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANT VERMONT PUBLIC INTEREST RESARCH GROUP'S UNOPPOSED MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746, I, Paul Burns, declare as follows:

1. I am an adult resident of the State of Vermont and an eligible, registered voter.

2. I serve as the Executive Director of Vermont Public Interest Research Group (VPIRG), a staff position I have held for nearly 25 years. Prior to starting that position, I served as Advocacy Director for VPIRG.

3. VPIRG is the largest nonpartisan nonprofit consumer and environmental advocacy organization in Vermont. Its mission is to protect the health of Vermont's people, environment, and economy by informing and mobilizing people across the state. Protecting and strengthening democracy in the state is a key part of that mission, and VPIRG's organizing and advocacy has helped make voting more accessible in Vermont.

4. VPIRG has more than 12,000 members, each of whom has donated at least $30 to the organization in the last 18 months, and an email subscription list of over 47,000 supporters. On information and belief, these members span the political spectrum, from progressive to conservative.

1

5. VPIRG and its members pursue a shared goal of making democracy accessible to its members and all eligible Vermont voters. To that end, VPIRG helped pass and defend state legislation to automatically register eligible citizens when they renew a driver's license; establish online voter registration and same-day voter registration; provide universal and pre-paid mail ballots for general elections; and enable 17-year-olds who will turn 18 before the general election to vote in primary elections. Together, these reforms protect the precious right to vote.

6. VPIRG co-hosts voter registration drives in collaboration with other local nonprofits. Most of these people register directly online, so VPIRG does not have exact statistics on how many people have registered during these drives, but I estimate that number to be in the hundreds.

7. To mobilize Vermonters in defense of democracy, VPIRG conducted a "Democracy Summer" campaign in 2025. As part of that campaign, VPIRG staff went door to door in each of Vermont's approximately 250 towns, knocking on over 80,000 doors. They spoke to residents about how to register to vote, and the ways in which Vermonters can push back against threats to democracy. As part of that effort, VPIRG identified 16,000 Vermonters who are interested in further activism with VPIRG to protect and strengthen democracy.

8. As politically active Vermonters, the vast majority of VPIRG's members and volunteers are registered voters who, to register, provided personal information to the Vermont Secretary of State. VPIRG's membership includes those who are concerned about, and object to, this information being disclosed contrary to law. This includes their full name, date of birth, residential address, and their state driver's license number, non-driver photo ID number, or the last four digits of their Social Security number.

9. The issues in this case are related to VPIRG's mission because they implicate voters' sensitive information, and therefore Vermonters' willingness and ability to register to vote. Many of those who are already registered will be less likely to publicly participate in our democracy, including by exercising their First Amendment rights of free speech, free and peaceable assembly, and to petition for redress of grievances caused by the federal government, if they know the federal government has recently demanded and received their personal and sensitive information.

10. VPIRG is also deeply committed to protecting the security and integrity of Vermonters' information, including through advocacy for legislation that protects data privacy in our state. For example, VPIRG's advocacy helped secure the passage of a comprehensive consumer data privacy bill in 2024. That bill, had it been signed into law, would have given consumers the right to access, delete, and stop businesses from selling their personal information. VPIRG has also advocated for government transparency measures to hold government officials accountable to the people they serve and protect against abuses of power.

11. VPIRG has an interest in protecting the voting and privacy rights of its members and all Vermonters.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 30, 2025 in Montpelier, Vermont.

/s/ *Paul Burns*

Paul Burns