# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,

*Defendant*.

Case No. 2:25-cv-00903-MKL

## DECLARATION OF PATRICIA CASEY KOMLINE IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANT VERMONT PUBLIC INTEREST RESARCH GROUP'S UNOPPOSED MOTION TO INTERVENE

Pursuant to 28 U.S.C. § 1746, I, Patti Komline, declare as follows:

1. I am an adult resident of the State of Vermont and an eligible, registered voter.

2. I have been a resident of Vermont for approximately the last 30 years. I first moved to Dorset in Bennington County and registered to vote soon thereafter. Eight years ago, I moved to Montpelier in Washington County and registered to vote there. I regularly vote.

4. When I registered to vote—both in Dorset and Montpelier—I provided the required information including, to the best of my recollection, my name, address, date of birth, and the last four digits of my social security number. I registered to vote in Dorset when I first sought a Vermont driver's license. At the time that the data was submitted and in the time since, I expected that it would be kept confidential under Vermont and federal law.

5. I received a Bachelor of Science degree in Business Administration from Fairleigh Dickinson University in 1983.

6. After moving to Dorset, I ran for and was elected to the Dorset School Board, eventually serving as the Chair. In 2004, I was elected as a Republican to the Vermont

1

House of Representatives to represent the Bennington-Rutland-1 district. I served in the Vermont House of Representatives from 2005 to 2017. I served as Assistant House Republican Leader from 2006 to 2008, and House Republican Leader from 2008 to 2011.

7. I served as the Campaign Director for two of then-Lieutenant Governor Phil Scott's three successful campaigns for that office in 2010 and 2012.

8. I am now a registered lobbyist employed by Downs Rachlin Martin, where I am the Director of Government and Public Affairs, representing clients in the Vermont State House.

9. In addition to my work at Downs Rachlin Martin, I serve as a leader of an organization that raises money to support lawyers providing due process protections for persons detained by federal immigration authorities.

10. I joined the Vermont Public Interest Research Group ("VPIRG") as a member on December 18, 2025. I joined VPIRG when I heard they were going to be involved in challenging the Department of Justice's request to receive the State of Vermont's unredacted voter file. I was personally concerned about the data privacy risks of DOJ's request and joined VPIRG as a member with the purpose of supporting its advocacy efforts against DOJ's action. I was previously aware of VPIRG's work through my roles as a state legislator and lobbyist.

11. I understand that the United States Department of Justice has filed a lawsuit against the Vermont Secretary of State and the State of Vermont seeking Vermont's complete, non-public voter registration file, including voters' driver's license numbers, dates of birth, and partial social security numbers.

12.     I object to, and am deeply concerned by, the Department of Justice's attempt to compel the production of this sensitive data.

13.     First, I am concerned about the security of my personal information. In my work as a lobbyist, I have worked on state laws concerning data privacy. I am aware of how sophisticated modern data-collection and aggregation tools have become, and the risks such tools pose to the privacy of Vermont residents. I am concerned about similar risks if this data is transferred to the federal government, including the possibility of unauthorized access, misuse, or breach. My concern about unauthorized access, misuse, or breach has been heightened by media reports indicating an increase in these risks under the current administration, particularly as a result of the activities of the Department of Government Efficiency. For these reasons, I object to my sensitive personal data being made available to a wider group of individuals or agencies, including federal government agencies, than is necessary to administer Vermont elections.

14.     Second, I am concerned that the federal government's efforts to compel and obtain this data will disproportionately discourage certain populations of Vermonters from participating in the electoral process, including naturalized American citizens, those impacted by domestic violence, victims of identity theft, individuals who hold strong privacy concerns regarding government intrusion, and individuals who seek to live independently and with minimal interaction with government institutions.

15.     Through my work as a state legislator, I have spoken with new American citizens who felt intimidated by efforts to monitor or track whether they voted in recent elections. In my experience, this sense of intimidation would be heightened if voter registration information were shared with the federal government. Additionally, through fundraising

activities to provide legal due process protections for persons subjected to detention by federal immigration authorities, I know of immigrant families with mixed immigration statuses. Based on that awareness, I am concerned that sharing an unredacted voter file with the federal government would discourage members of immigrant families who are legally eligible to vote from registering.

16. I am also concerned about voters who have experienced domestic violence, stalking, or harassment, and who have taken deliberate steps to protect the confidentiality of their personal information to ensure their safety. During my legislative tenure I served on the House Judiciary Committee, where I heard testimony and accounts describing the risks faced by individuals in such circumstances and the importance of limiting access to personal identifying information. Based on that experience, I am concerned that the compelled disclosure of sensitive voter registration data to the federal government could reasonably deter such individuals from registering to vote or participating in elections out of fear that their personal information could be accessed, misused, or insufficiently protected.

17. In addition, I am concerned about voters who have previously been victims of identity theft or financial fraud, or who are otherwise particularly sensitive to the risks associated with the dissemination of personal identifying information such as dates of birth, driver's license numbers, or partial Social Security numbers. Recently, I spent an extended period of time assisting my elderly father in responding to a significant identity theft crime committed against him, which required substantial effort to address and mitigate. Given this experience, I am acutely aware of how damaging and difficult identity theft can be to remedy. I am concerned that the federal government's effort to compel disclosure of

Vermont's unredacted voter file could reasonably discourage voters from registering, or maintaining their registration, due to fears of increased exposure to identity theft or misuse of their personal data.

18. Likewise, during my campaigns for elected office and my efforts to encourage civic participation, I encountered many Vermonters who were reluctant to vote due to concerns about how the personal information required on voter registration forms might be used. Based on those interactions, I am concerned that voter anxiety regarding data privacy would be significantly heightened if Vermont's unredacted voter file were shared with the federal government.

19. Finally, I am concerned about Vermonters who choose to live independently, relying on nontraditional means of self-support, and who seek to minimize their interactions with government institutions. Based on conversations I have had with such individuals, I am concerned that federal efforts to compel the disclosure of voter registration data would have a chilling effect on their willingness to register and to vote.

20. For the above-mentioned reasons, I object to the Department of Justice' demand for Vermont's non-public voter registration file, including my own voter data.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 28, 2025 in Montpelier, Vermont.
/s/ *Patricia Casey Komline*
Patricia Casey Komline