UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>      Defendant. | Case No. 2:25-cv-00903-MKL |

**NOTICE**

    Plaintiff, United States of America, respectfully submits this Notice of an order issued in *United States of America v. Stephanie Thomas*, No. 3:26-cv-00021 (D. Conn., filed Jan. 06, 2026). That case raises identical claims as those in the present litigation, but against the Secretary of State for the State of Connecticut. There, the Court (Dooley, J.) has agreed with the United States that, once the Attorney General has alleged that she has properly demanded production of records and papers under the Civil Rights Act of 1960, and the custodian has refused to comply with that demand, the proper course is for the district court to order the defendant to show cause why the custodian should not be ordered to produce the requested records and papers. *See* 52 U.S.C. § 20703. As the United States has explained, "[t]here is no place for any other procedural device or maneuver." *Kennedy v. Lynd*, 306 F.2d 222, 226 (5th Cir. 1962).

    Accordingly, on January 8, 2026, the *Thomas* court issued an Order to Show Cause why the State of Connecticut "should not be ordered to provide the SVRL to the Attorney General, as well as the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law, to wit, the NVRA and HAVA." *United States v. Thomas*, *supra*, ECF 10 (D. Conn. Jan. 8, 2026).

    A copy of the order is attached to this Notice as Exhibit 1.

Dated:  January 12, 2026					Respectfully submitted,

                                                HARMEET K. DHILLON  
                                               Assistant Attorney General  
                                               Civil Rights Division

                                               ERIC NEFF  
                                               Acting Chief, Voting Section  
                                               Civil Rights Division

                                               */s/ David D. Vandenberg*  
                                               DAVID D. VANDENBERG  
                                               Trial Attorney  
                                               U.S. Department of Justice  
                                               Civil Rights Division  
                                               Voting Section  
                                               150 M Street, NE, 4CON  
                                               Washington, D.C.  20002  
                                               David.Vandenberg@usdoj.gov  
                                               Tel. (202) 307-2767  
                                               *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 12, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

              */s/ David D. Vandenberg*
              David D. Vandenberg