# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*, | )<br>)   3:26-CV-21 (KAD)<br>) |
| v. | )<br>) |
| STEPHANIE THOMAS, *in her Official Capacity as Secretary of State for the State of Connecticut*,<br>*Defendant*. | )<br>)<br>)   JANUARY 8, 2026<br>)<br>) |

### ORDER TO SHOW CAUSE

Kari A. Dooley, United States District Judge:

**WHEREAS**, the United States of America, by and through the Attorney General, filed an Application and Motion to Compel pursuant to Title III of the Civil Rights Act of 1960 seeking an order directing Defendant Stephanie Thomas, in her official capacity as the Secretary of State for the State of Connecticut, to provide the Attorney General with an electronic copy of the Connecticut statewide voter registration list ("SVRL"), with all fields, including each registrant's full name, date of birth, residential address, and either their state driver's license number, the last four digits of their Social Security number, or HAVA unique identifier as required by 52 U.S.C. § 21083. *See* Complaint, ECF No. 1 at 7–8;

**AND WHEREAS**, the Attorney General has alleged that she has complied with the demand provisions of Title III, 52 U.S.C. § 20703, by letter to the Defendant dated December 12, 2025; and

**WHEREAS** the Attorney General has alleged that the Defendant, despite having been provided proper demand under Title III, has refused to provide the SVRL;

**IT IS HEREBY ORDERED**, that the Defendant shall **SHOW CAUSE**, on or before **January 20, 2026** as to why, pursuant to 52 U.S.C. § 20701, the Defendant should not be ordered

to provide the SVRL to the Attorney General, as well as the "other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law," to wit, the NVRA and HAVA.

Plaintiff is directed to serve a copy of this Order, the Complaint, and the Motion to Compel and all attachments thereto on the Defendant by **January 12, 2026**.

Plaintiff shall serve and file any reply to Defendant's response to this Order to Show Cause on or before **January 23, 2026**.

A hearing on the instant Order to Show Cause shall be held on **January 29, 2026 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT.

**SO ORDERED** at Bridgeport, Connecticut, this 8th day of January 2026.

/s/ Kari A. Dooley
KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE