**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

SARAH COPELAND HANZAS, in her official
capacity as the Secretary of State of Vermont,

*Defendant*.

Case No. 2:25-cv-00903-MKL

---

## INTERVENOR-DEFENDANT VERMONT PUBLIC INTEREST RESEARCH GROUP'S NOTICE OF MOTION AND MOTION TO DISMISS

Intervenor-Defendant Vermont Public Interest Research Group (VPIRG) respectfully moves this Court to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As explained further in the accompanying brief, the Civil Rights Act of 1960 (CRA) does not entitle Plaintiff to an unredacted version of Vermont's voter registration list in this litigation based on the facts alleged in the complaint. Plaintiff's only stated purpose for the unredacted list is to assess compliance with the National Voter Registration Act (NVRA) and Help America Vote Act (HAVA). But Plaintiff failed to provide a basis for believing that Vermont is not complying with the NVRA or HAVA and similarly failed to allege why sensitive voter data would be necessary to assess whether Vermont is in compliance with the statutes. As such, Plaintiff has failed to state a claim under the CRA, and the Court should dismiss its complaint.

WHEREFORE, Intervenor-Defendant VPIRG requests that the Court grant its Motion to Dismiss Plaintiff's complaint in the above-captioned matter.

Dated: January 20th, 2026

Respectfully submitted,

*/s/ Kate Hamilton*
Kate Hamilton*
Brent Ferguson*
Daniel S. Lenz*
Sejal Jhaveri*
Renata O'Donnell*
Alexis Grady*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
khamilton@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
agrady@campaignlegalcenter.org

*/s/ Anthony Iarrapino*
Anthony Iarrapino
Wilschek Iarrapino Law Office, PLLC
35 Elm St., Ste. 200
Montpelier, VT 05602
Tel: (802) 522-2802
anthony@ilovt.net

Maura Eileen O'Connor **
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Ste. 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Andrew Garber**
Brennan Center for Justice
at NYU School of Law
120 Broadway, Ste. 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu

*Admitted pro hac vice*
***Pro hac vice Applications**
*Forthcoming*

*Counsel for Intervenor-Defendant*
*Vermont Public Interest Research*
*Group*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of January, 2026, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

*/s/ Kate Hamilton*
Kate Hamilton