IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SARAH COPELAND HANZAS, in her Official Capacity as Secretary of State for the State of Vermont,<br><br>Defendant(s). | Case Number: 2:25-cv-00903-MKL |

### INDEX OF EXHIBITS FOR THE DECLARATION OF ERIC NEFF

| Exhibit Number | Description |
|---|---|
| 1 | Texas MOU |
| 2 | *United States v. Georgia* Complaint |
| 3 | *United States v. Georgia* Consent Decree |
| 4 | *United States v. N. Carolina Bd. Of Elections* Consent Decree |
| 5 | *United States v. N. Carolina Bd. Of Elections* Second Status Report |
| 6 | Report of the National Commission of Federal Election Reform |
| 7 | *United States v. Benson* Opinion |
| 8 | *United States v. Oregon* Order |
| 9 | *United States v. Web* Order |

Dated: February 18, 2026

        Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        ROBERT J. KEENAN
        Acting Deputy Assistant Attorney General
        Civil Rights Division

        ERIC V. NEFF
        Acting Chief, Voting Section

        _____
        CHRISTOPHER J. GARDNER
        BRITTANY E. BENNETT
        Trial Attorneys, Voting Section
        Civil Rights Division
        4 Constitution Square
        150 M Street, Room 8.141
        Washington, D.C. 20002
        Christopher.Gardner@usdoj.gov
        Brittany.Bennett@usdoj.gov
        Tel. (202) 704-5430
        Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, a true and correct copy of the foregoing document was served via the email to all counsel of record.

CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430