UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>SARAH COPELAND HANZAS,<br>in her official capacity as Secretary<br>of State of Vermont,<br>          Defendant. | )<br>)<br>)<br>)  Case No. 2:25-cv-903<br>)<br>)<br>)<br>)<br>) |

## ORDER

Seventeen states and the District of Columbia moved, through their respective Attorneys General, for leave to file an amicus brief. Counsel for Defendant consents to the motion. Plaintiff has not taken a position on the motion and has not filed any opposition to the motion.

Because participation by the States would be helpful to this Court, the motion at ECF 57 is hereby GRANTED.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 25th day of February 2026.

Mary Kay Lanthier
United States District Judge