NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                 Case No. 2:25-cv-903

Sarah Copeland Hanzas

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Tuesday, April 14, 2026 in Rutland, Vermont, before the Honorable Mary Kay Lanthier, District Judge, for a hearing on Motion to Compel Production of Records Demanded Pursuant to The Civil Rights Act of 1960 (Doc 2), Motion to Dismiss for Failure to State a Claim (Doc 37), Proposed Motion to Dismiss for Failure to State a Claim (Doc 39), and Motion to Dismiss (Doc 44).

| | |
|---|---|
| Location: Main Courtroom, 2nd Floor | JEFFREY S. EATON, Clerk |
| | By: */s/ Jessica Millington* |
| | Deputy Clerk |
| | 2/27/2026 |

TO:

| | |
|---|---|
| | Maura E. O'Connor, Esq. |
| Brittany E. Bennett, Esq. | Renata O'Donnell, Esq. |
| Christopher J. Gardner, Esq. | Robert B. Ferguson, Esq. |
| Eric. V. Neff, Esq. | Sejal Jhaveri, Esq. |
| | Daniel M. Kobrin, Esq. |
| Jonathan T. Rose, Esq. | Geoffrey H. Hand, Esq. |
| Ryan P. Kane, Esq. | |
| Samuel B. Stratton, Esq. | Sunnie Donath, Court Reporter |
| David R. Fox, Esq. | |
| Joshua C. Abbuhl, Esq. | |
| Julianna D. Astarita, Esq. | |
| Marc E. Elias, Esq. | |
| Alexis Denae Grady, Esq. | |
| Andrew B. Garber, Esq. | |
| Anthony Nicholas L. Iarrapino, Esq. | |
| Daniel S. Lenz, Esq. | |
| Kate Hamilton, Esq. | |