IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SARAH COPELAND HANZAS, in her Official Capacity as Secretary of State for the State of Vermont,<br><br>Defendant(s). | Case Number: 2:25-cv-00903-MKL |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Brittany E. Bennett and Christopher J. Gardner of the United States Department of Justice hereby enter an appearance as counsel of record for the United States in this matter, in place of Eric V. Neff. All future filings, notices, and correspondence should be directed as follows:

>BRITTANY E. BENNETT
>CHRISTOPHER J. GARDNER
>Trial Attorneys, Voting Section
>Civil Rights Division
>4 Constitution Square
>150 M Street, Room 8.141
>Washington, D.C. 20002
>Brittany.Bennett@usdoj.gov
>Christopher.Gardner@usdoj.gov
>Tel. (202) 704-5430

Dated: March 1, 2026

Respectfully submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        ROBERT J. KEENAN
        Acting Deputy Assistant Attorney General
        Civil Rights Division

        ERIC V. NEFF
        Acting Chief, Voting Section

        /s/ *Brittany E. Bennett*
        BRITTANY E. BENNETT
        CHRISTOPHER J. GARDNER
        Trial Attorneys, Voting Section
        Civil Rights Division
        4 Constitution Square
        150 M Street, Room 8.141
        Washington, D.C. 20002
        Christopher.Gardner@usdoj.gov
        Brittany.Bennett@usdoj.gov
        Tel. (202) 704-5430
        Attorneys for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2026, a true and correct copy of the foregoing document was served via email to all counsel of record.

                                        /s/ *Brittany E. Bennett*
                                        BRITTANY E. BENNETT
                                        Trial Attorney, Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        4 Constitution Square
                                        150 M Street NE, Room 8.141
                                        Washington, D.C. 20002
                                        Telephone: (202) 704-5430