**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | |
| SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont, | Case No. 2:25-cv-00903 |
| *Defendant*, | |
| VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, and MARY ANDREWS, | |
| *Intervenor-Defendants*, and | |
| VERMONT PUBLIC INTEREST RESEARCH GROUP, | |
| *Intervenor-Defendant*. | |

**INTERVENOR-DEFENDANTS VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, AND MARY ANDREWS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Vermont Alliance for Retired Americans, Richard Monterosso, and Mary Andrews respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 39 (Mot. to Dismiss); ECF No. 39-1 (Mem. Supp. Mot. Dismiss). Today, in DOJ's parallel suit against Secretary Galvin of the Commonwealth of Massachusetts, Judge Sorokin entered an order dismissing DOJ's complaint on the ground that

1

DOJ's demand letter failed to state any basis for its demand as required by Title III of the CRA. *See United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A). The same rationale is fully applicable to DOJ's claims here in Vermont. *See* ECF No. 2-3 (Sept. 8, 2025 letter from DOJ to Secretary Copeland Hanzas).

Across the country, four courts have now dismissed DOJ's complaints in these matters; not one court has found DOJ to have stated a valid claim. Judge Sorokin's conclusion in *Galvin* reinforces the point that DOJ lacks a meaningful basis for investigating any of the 30 states (plus D.C.) that it has sued based on substantially identical allegations. *See* Mem. Supp. Mot. Dismiss, ECF No. 39-1 at 11–13.

Dated: April 9, 2026

Respectfully submitted,

*/s/ Joshua C. Abbuhl*
Marc E. Elias*
David R. Fox*
Joshua C. Abbuhl
Julianna D. Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 987-5288
F: (202) 968-4498
eliasm@elias.law
dfox@elias.law
jabbuhl@elias.law
jastarita@elias.law

*Admitted *pro hac vice*
*Counsel for Intervenor-Defendants*