**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 2:25-cv-00903 |
| SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont, | |
| *Defendant,* | |
| VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, and MARY ANDREWS, | |
| *Intervenor-Defendants*, and | |
| VERMONT PUBLIC INTEREST RESEARCH GROUP, | |
| *Intervenor-Defendant*. | |

**INTERVENOR-DEFENDANTS VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, AND MARY ANDREWS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Vermont Alliance for Retired Americans, Richard Monterosso, and Mary Andrews respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 39 (Mot. to Dismiss); ECF No. 39-1 (Mem. Supp. Mot. to Dismiss). Today, in DOJ's parallel suit against Secretary Amore of the State of Rhode Island, the district court entered an Order dismissing DOJ's complaint on the grounds that DOJ failed to

1

state a basis and sufficient purpose for its demand as required by Title III of the CRA. *See* Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), ECF No. 51 (attached hereto as Exhibit A); *see also* Intervenors' Mem. in Supp. of Mot. to Dismiss, ECF No. 39-1 at 8–14. The district court also rejected DOJ's request to "cure" the problems with its initial demand letter, explaining that the letter "lacks a legally sufficient purpose" and therefore cannot be cured. Ex. A, at 13.

Five courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Joshua C. Abbuhl*
Marc E. Elias*
David R. Fox*
Joshua C. Abbuhl
Julianna D. Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 987-5288
F: (202) 968-4498
eliasm@elias.law
dfox@elias.law
jabbuhl@elias.law
jastarita@elias.law

*Admitted *pro hac vice*
*Counsel for Intervenor-Defendants*