# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br>   v.<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont,<br><br>          *Defendant,*<br><br><br>VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, and MARY ANDREWS,<br><br>          *Intervenor-Defendants*,<br>and<br><br><br>VERMONT PUBLIC INTEREST RESEARCH GROUP,<br><br>          *Intervenor-Defendant*. | Case No. 2:25-cv-00903 |

## INTERVENOR-DEFENDANTS VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, AND MARY ANDREWS' NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants Vermont Alliance for Retired Americans, Richard Monterosso, and Mary Andrews respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 39 (Mot. to Dismiss); ECF No. 39-1 (Mem. Supp. Mot. to Dismiss).

1

Yesterday, two federal district courts dismissed DOJ's parallel suits seeking Maine and Wisconsin's unredacted statewide voter registration lists (VRLs). *See* Order, *United States v. Bellows*, --- F. Supp. 3d ---, No. 1:25-cv-00468, 2026 WL 1430481 (D. Me. May 21, 2026); Op. and Order, *United States v. Wis. Elections Comm'n*, --- F. Supp. 3d ---, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026).

*Bellows* dismissed DOJ's complaint seeking Maine's unredacted VRL, joining several other courts in holding that a VRL "is not a record that comes into the possession of state officials" under Title III of the CRA. 2026 WL 1430481, at *6–7 (citing *United States v. Benson*, 1:25-cv-1148, 2026 WL 362789, at *9–10 (W.D. Mich. Feb. 10, 2026), *argued*, No. 26-1225 (6th Cir. May 13, 2026) and *United States v. Fontes,* No. 2:26-cv-66, 2026 WL 1177244, at *3–7 (D. Ariz. Apr. 28, 2026)).

The court alternatively held that, even if the CRA could reach the VRL, assessing Maine's compliance with the NVRA's and HAVA's list maintenance provisions was not a proper purpose under the CRA, in light of the structure and text of the NVRA and HAVA, which "create a comprehensive scheme . . . for the enforcement of" their list maintenance requirements. *Id*. at *8. If DOJ "wants to enforce" those statutes, the court explained, "it must use the pre-suit investigation and enforcement mechanisms that Congress provided in" those statutes; the CRA does not authorize the compelled production of an unredacted VRL "so that [DOJ] might loom over the shoulder[s]" of states to point out purported inaccuracies in their lists. *Id*. These conclusions echo and buttress the Alliance Intervenors' arguments for dismissal. *See, e.g.*, Apr. 14, 2026 Hearing Tr. at 27:14–28:12; Mem. Supp. Mot. to Dismiss 9–11.

*Wisconsin Elections Commission* dismissed DOJ's complaint seeking Wisconsin's VRL, mirroring the *Bellows* court in holding that the CRA does not extend to such lists. *See* 2026 WL

2

1430354 at *3–5. The district court rejected arguments that DOJ advanced here, such as the claim that the phrase "come into . . . possession" in the CRA creates a "temporal" distinction. ECF No. 58 (Mem. Opp. Mots. to Dismiss) at 23; *contra Wis. Elections Comm'n*, 2026 WL 1430354 at *4. It also observed that DOJ could not explain "what it means to 'retain' or 'preserve' a document like a voter registration list that is updated on a near-constant basis." *Wis. Elections Comm'n*, 2026 WL 1430354 at *5; *see, e.g.*, Apr. 14, 2026 Hearing Tr. at 28:13–29:19.

Eight federal courts have now dismissed DOJ's complaints in these matters; not one has found it to have stated a valid claim. These decisions support Alliance Intervenors' argument that DOJ's complaint must be dismissed as a matter of law. *See* Mem. Supp. Mot. to Dismiss.

Dated: May 22, 2026

Respectfully submitted,

*/s/ Joshua C. Abbuhl*
Marc E. Elias*
David R. Fox*
Joshua C. Abbuhl
Julianna D. Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 987-5288
F: (202) 968-4498
eliasm@elias.law
dfox@elias.law
jabbuhl@elias.law
jastarita@elias.law

*Admitted pro hac vice*
*Counsel for Intervenor-Defendants*

3