**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br> v. <br><br> SARAH COPELAND HANZAS, in her official capacity as Secretary of State of Vermont, <br><br> *Defendant*, <br><br><br> VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, and MARY ANDREWS, <br><br> *Intervenor-Defendants*, <br> and <br><br><br> VERMONT PUBLIC INTEREST RESEARCH GROUP, <br><br> *Intervenor-Defendant*. | Case No. 2:25-cv-00903 |

**INTERVENOR-DEFENDANTS VERMONT ALLIANCE FOR RETIRED AMERICANS, RICHARD MONTEROSSO, AND MARY ANDREWS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants Vermont Alliance for Retired Americans, Richard Monterosso, and Mary Andrews respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 39 (Mot. to Dismiss); ECF No. 39-1 (Mem. Supp. Mot. to Dismiss). A federal court has dismissed DOJ's parallel suit seeking Maryland's unredacted statewide voter registration list and denied its motion to compel. *See United States v. DeMarinis*,

1

No. 1:25-cv-03934, 2026 WL 1780586 (D. Md. June 18, 2026). The court first concluded that the Federal Rules of Civil Procedure applied to the case because the Civil Rights Act contains no provision specifying a different procedure to invoke the district court's jurisdiction. *Id.* at *3. It then joined four other federal courts in concluding that state voter registration lists do not constitute a record or paper that "come[s] into [the] possession" of the State and is subject to production pursuant to 52 U.S.C. § 20701. *See id.* at *4; *see also United States v. Bellows*, No. 1:25-cv-00468, 2026 WL 1340481 (D. Me. May 21, 2026), *appeal docketed*, No. 26-1676 (1st Cir. June 15, 2026); *United States v. Wis. Elections Comm'n*, No. 25-cv-1036, 2026 WL 1430354 (W.D. Wis. May 21, 2026), *appeal docketed*, No. 26-02217 (7th Cir. June 5, 2026); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. 2026), *argued*, No. 26-1225 (6th Cir. May 13, 2026); *United States v. Fontes*, No. 2:26-cv-66, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026), *appeal docketed*, No. 26-3609 (9th Cir. June 4, 2026). The court reasoned that interpreting § 20701 to cover the voter registration list would conflict with 52 U.S.C. § 20702, which criminalizes the alteration of any record or paper covered under § 20701, and would lead to the absurd result of criminalizing conduct required by the NVRA and HAVA. *DeMarinis*, 2026 WL 1780586, at *5. It therefore dismissed the case with prejudice. *Id.*

Nine federal courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Joshua C. Abbuhl*
Marc E. Elias*
David R. Fox*
Joshua C. Abbuhl
Julianna D. Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 987-5288
F: (202) 968-4498
eliasm@elias.law
dfox@elias.law
jabbuhl@elias.law
jastarita@elias.law

*Admitted *pro hac vice*
*Counsel for Intervenor-Defendants*