# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT VERMONT

UNITED STATES OF AMERICA,

          Plaintiff,

        v.

SARAH COPELAND HANZAS, in her official capacity as the Secretary of State of Vermont, *et al.*,

          Defendants.

Case No. 2:25-cv-00903-MKL

## UNITED STATES' RESPONSE TO SUPPLEMENTAL AUTHORITY
### (Dkt. 82)

The United States hereby responds to Vermont Alliance for Retired Americans, Richard Monterosso, and Mary Andrews's Notice of Supplemental Authority filed June 26, 2026.

In a split decision in *United States v. Benson*, 2026 WL 1815425 (6th Cir. June 24, 2026), the court held that for purposes of Title III of the Civil Rights Act of 1960 ("CRA"), Michigan's SVRL is not a record that "come[s] into [the] possession" of an "officer of election," 52 U.S.C. § 20701, because it is "internally generated . . . , not a record acquired from an outside source." 2026 WL 1815425, at *5. The court further stated that officers of election need not retain and preserve the SVRL because "the NVRA and HAVA *require* Michigan election officials to alter [it] routinely." *Id.*

As Judge Nalbandian's dissent pointed out, the CRA contains no "external-source limitation." *Id*. at *10 n.3. The historical backdrop against which Title III was passed belies any such limitation. *See id.* at *11. The majority's reading would also produce bizarre results as it would exclude self-generated lists designating registrants "by race." *Id.* at *11 n.7. But even

1

accepting an external-source limitation, Title III's "focus[] on individual 'officer[s] of election' "
means that even if "Benson's employees generated the [SVRL]—and therefore didn't 'come
into . . . possession' of the list themselves—Benson nonetheless 'c[a]me into . . . possession' of the
file when her employees sent it to her." *Id.* at \*11 (citations omitted; alterations in original).

Dated: June 30, 2026

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General

ERIC V. NEFF
Acting Chief, Voting Section

/s/ Christopher J. Gardner
Christopher J. Gardner
Jake T. Bachand
Civil Rights Division
150 M Street, 8th Floor
Washington, D.C. 20002
(202) 304-8146
Christopher.Gardner@usdoj.gov
Jake.Bachand@usdoj.gov