UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*v.*<br><br>SARAH COPELAND HANZAS, in her official capacity as Secretary of State of the State of VERMONT,<br><br>Defendant. | Case No. 2:25-cv-00903 |

**NOTICE OF APPEAL**

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Second Circuit from this Court's September 23, 2026 Judgment (Doc. 94) and September 17, 2026 Order (Doc. 93), which dismissed this case; granted the Defendant's and Defendant-Intervenor's Motions to Dismiss (Docs. 37, 39, 44); and denied the United States' Motion to Compel Production of Records Demanded Pursuant to The Civil Rights Act of 1960 (Doc. 2).

DATED: October 30, 2026 Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ Joseph W. Voiland
Joseph W. Voiland
Jake T. Bachand
Voting Section
Civil Rights Division
4 Constitution Square
Washington, D.C. 20002
Telephone: (202) 353-5318
Email: joseph.voiland@usdoj.gov

Attorneys for the United States